1  Arthur V. Pearson - 058860
   Vincent O'Gara - 62304
2  MURPHY, PEARSON, BRADLEY & FEENEY
   88 Kearny Street, 10th Floor
3  San Francisco, CA  94108-5530
   Tel:    (415) 788-1900
4  Fax:    (415) 393-8087

5  Attorneys for
   FAYE TAYLOR
6

7
                     UNITED STATES DISTRICT COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA
9
                        (SAN FRANCISCO DIVISION)
10

11

12 | JOSEPH KANE & DORIS KANE            | Case No.: 05-cv- 0823-CRB
13 |      Plaintiffs and Appellees,      | **VOLUNTARY DISMISSAL OF APPEAL WITHOUT PREJUDICE**
14 | v.                                   |
                                          | **(EX PARTE )**
15 | FAYE TAYLOR,                         |
16 |      Defendant. and Appellant       |
17

18     FAYE TAYLOR, Appellant in the above matter, hereby voluntary dismisses, without
19 prejudice, her appeal from the Bankruptcy Court's **Order Granting Motion For Summary**
20 **Judgment**.
21 Dated: May 17, 2005
22                                        MURPHY, PEARSON, BRADLEY & FEENEY
23

24                                        By   /S/
25                                             Vincent O'Gara
                                               Attorneys for Appellant
26                                             FAYE TAYLOR

27                                        IT IS SO ORDERED
28 VXO.10271008.doc
                                          5/18/05
                                                       U.S. DISTRICT JUDGE
                              - 1 -
                    Dismissal Of Appeal Without Prejudice