Joseph Hoffman
WEINBERG, HOFFMAN, CASEY & ROPERS
679 Bridgeway
Sausalito, CA 94965
Tel.: (415) 289-0243
Fax: (415) 289-0240

Attorney for Cross-defendant and
Cross-complainant George C. Martinez

FILED
JUL - 5 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH J. KANE, et al., | ) CASE NO. C 05-008243 MHP |
| Plaintiff, | ) SUBSTITUTION OF ATTORNEY |
| vs. | ) |
| FAYE TAYLOR, | ) |
| Defendant | ) |

To the Court and to All Attorneys and Parties of Record:

Please take notice that cross-defendant and cross complainant George C. Martinez hereby substitutes Joseph Hoffman, California State Bar No. 114020, of Weinberg, Hoffman, Casey & Ropers, 679 Bridgeway, Sausalito, California 94965, telephone number (415) 289-0243,

1

facsimile number (415) 289-0240, as his attorney of record in place and stead of Jon Stanley Heim, 1683 Novato Boulevard, Suite Eight, Novato, California 94947-3284.

June 24, 2005

_____
George C. Martinez

I consent to the foregoing substitution.

June 24, 2005

_____
Jon Stanley Heim

I accept the foregoing substitution.

June 24, 2005

_____
Joseph Hoffman

7/5/05

IT IS SO ORDERED
_____
U.S. DISTRICT JUDGE

2